GEORGE SANDROOK et al., Appellants, *v.* THE CITY OF BUFFALO, Respondent.

(Argued June 28, 1882 ; decided October 10, 1882.)

*David F. Day* for appellants.

*P. A. Matteson* for respondent.

Agree to affirm.   No opinion.
All concur.
Judgment affirmed.